# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**In Re:** PETER SZANTO

**Bk. Ct. No.:** 3:16-bk-33185-PCM7

**BAP No.:** OR-21-1005

**ADV. NO.:**

**NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT**

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: January 28, 2021

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
          District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties

Official Form 417A (12/18)

16-33185-pcm7

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Peter Szanto

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

## Part 2: Identify the subject of this appeal   (ORDER ATTACHED HERETO)

1. Describe the judgment, order, or decree appealed from: Docket Entry 1058 re Contempt

2. State the date on which the judgment, order, or decree was entered: Jan. 15-2021

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Trustee   Attorney: Gary Blacklidge
   Two Centerpointe Dr., 6th Floor
   Lake Oswego, Oregon 97035
   (503) 598-7070

2. Party: Peter Szanto   Attorney: pro se
   11 Shore Pine, Newport Beach CA 92657
   949 887 2369

Official Form 417A    Notice of Appeal and Statement of Election    page 1

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

```
 Peter Szanto /s/signed electronically /PeterSzanto   Jan 17-2021
```
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)            Date:

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

 11 Shore Pine, Newport Beach CA  92657   949 887 2369

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| In re<br><br>Peter Szanto<br><br>    Debtor. | BAP No. OR-21-1005<br><br>Bk. No. 3:16-bk-33185-PCM |
| Peter Szanto,<br><br>    Appellant,<br><br>vs.<br><br>Candace Amborn, Chapter 7 Trustee,<br><br>    Appellee. | |

NOTICE OF APPEARANCE FOR APPELLEE CANDACE AMBORN BY ATTORNEY ROBYN L. STEIN

On Appeal from the United States Bankruptcy Court
for the District of Oregon
Hon. Peter C. McKittrick

PLEASE TAKE NOTICE that attorney Robyn L. Stein hereby appears in these matters for Appellee Candace Amborn, Chapter 7 Trustee. Ms. Stein's contact information is as follows:

> Robyn L. Stein, OSB #993682
> robyn.stein@jordanramis.com
> JORDAN RAMIS PC
> Two Centerpointe Dr., 6th Floor
> Lake Oswego, Oregon 97035
> Telephone: (503) 598-7070

Dated this 25th day of January, 2021.

        JORDAN RAMIS PC

        By: /s/ Robyn L. Stein
        Robyn L. Stein, OSB No. 993682
        E-mail:  robyn.stein@jordanramis.com

        Attorneys for Appellee Candace Amborn,
        Chapter 7 Trustee

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals Ninth Circuit Bankruptcy Appellate Panel by using the appellate CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

DATED:  January 25, 2021.

/s/ Robyn L. Stein
Robyn L. Stein, OSB #993682
robyn.stein@jordanramis.com

# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| In re<br><br>Peter Szanto<br><br>      Debtor. | BAP No. OR-21-1005<br><br>Bk. No. 3:16-bk-33185-PCM |
| Peter Szanto,<br><br>      Appellant,<br><br>   vs.<br><br>Candace Amborn, Chapter 7 Trustee,<br><br>      Appellee. | |

NOTICE OF APPEARANCE FOR APPELLEE CANDACE AMBORN BY ATTORNEY RUSSELL D. GARRETT

On Appeal from the United States Bankruptcy Court
for the District of Oregon
Hon. Peter C. McKittrick

PLEASE TAKE NOTICE that attorney Russell D. Garrett hereby appears in these matters for Appellee Candace Amborn, Chapter 7 Trustee. Mr. Garrett's contact information is as follows:

>Russell D. Garrett, OSB #882111
>russ.garrett@jordanramis.com
>JORDAN RAMIS PC
>Two Centerpointe Dr., 6th Floor
>Lake Oswego, Oregon 97035
>Telephone: (503) 598-7070

Dated this 25th day of January, 2021.

>JORDAN RAMIS PC

>By: /s/ Russell D. Garrett
>Russell D. Garrett, OSB No. 882111
>E-mail:  russ.garrett@jordanramis.com

>Attorneys for Appellee Candace Amborn, Chapter 7 Trustee

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals Ninth Circuit Bankruptcy Appellate Panel by using the appellate CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

DATED:  January 25, 2021.

/s/ Russell D. Garrett
Russell D. Garrett, OSB #882111
russ.garrett@jordanramis.com

Case No. OR-21-1005

UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE NINTH CIRCUIT

---

In Re: Peter Szanto,

Debtor.

---

Peter Szanto,

Appellant,

v.

Candace Amborn, Chapter 7 Trustee,

Appellee.

---

**NOTICE OF FILING OF OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT**

On appeal from the U.S.B.C., District of Oregon

Bankr. Case No. 3:16-bk-33185-pcm7

The Hon. Peter McKittrick


**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
**Robyn L. Stein**, OSB #993682
robyn.stein@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Appellee Candace Amborn, Chapter 7 Trustee

Page 1 - NOTICE OF FILING OPTIONAL APPELLEE
STATEMENT OF ELECTION TO PROCEED IN
DISTRICT COURT

54568-78951 4850-1691-9769.1

PLEASE TAKE NOTICE that in the matter of this appeal, the appellee has filed the attached *Optional Appellee Statement of Election to Proceed in District Court* in the United States Bankruptcy Court for the District of Oregon, *In re Szanto*, Bankr. No. 3:16-bk-33185-pcm7.

DATED this 27th day of January, 2021.

                              JORDAN RAMIS PC

                              By:  /s/ Robyn L. Stein
                                    Russell D. Garrett, OSB #882111
                                    russell.garrett@jordanramis.com
                                    Robyn L. Stein, OSB #993682
                                    robyn.stein@jordanramis.com
                                    Telephone: (503) 598-7070
                                    Facsimile: (503) 598-7373

                                    *Attorneys for Candace Amborn, Chapter 7 Trustee*

Page 2 -   NOTICE OF FILING OPTIONAL APPELLEE
           STATEMENT OF ELECTION TO PROCEED IN
           DISTRICT COURT

54568-78951 4850-1691-9769.1

**Gary L. Blacklidge**, OSB #902089
gary.blacklidge@jordanramis.com
**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Candace Amborn, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>PETER SZANTO,<br><br>        Debtor. | Case No. 16-33185-PCM7<br><br>APPELLEE'S OPTIONAL STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT<br><br>[Re: DOC. 1059] |

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s): Candace Amborn, Chapter 7 Trustee

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
O Plaintiff
O Defendant
O Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
O Debtor
O Creditor
X Trustee
O Other (describe) _____

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Page 1 –  APPELLEE'S OPTIONAL STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
54568-78951 4825-3972-5017.1

Case 16-33185-pcm7    Doc 1070    Filed 01/27/21

## Part 3: Sign below

DATED this 27th day of January, 2021.

                                  JORDAN RAMIS PC

                                  By:  /s/ Russell D. Garrett
                                        Gary L. Blacklidge, OSB #902089
                                        Russell D. Garrett, OSB #882111

                                        *Attorneys for Candace Amborn, Trustee*

Page 2 – APPELLEE'S OPTIONAL STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
54568-78951 4825-3972-5017.1

Case 16-33185-pcm7   Doc 1070   Filed 01/27/21

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **APPELLEE'S OPTIONAL STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** on:

**VIA ECF FILING**
US Trustee
US Trustee, Portland
620 SW Main St #213
Portland, OR 97205

**VIA ECF FILING AND US MAIL POSTAGE PREPAID**
Peter Szanto
11 Shore Pine
Newport Beach CA 92657
Email:  szanto.pete@gmail.com

**SPECIAL REQUEST FOR NOTICE – VIA US MAIL POSTAGE PREPAID**
Cara Richter
Shapiro & Sutherland, LLC
1499 SE Tech Center Place, Ste 255
Vancouver, WA 98683
  Attorneys for JP Morgan Chase Bank, National Association

Michael S. Scott
McCarthy & Holthus, LLP
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
  Attorneys for Bank of America, N.A.

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

DATED:  January 27, 2021.

/s/ Russell D. Garrett
Russell D. Garrett, OSB #882111
russell.garrett@jordanramis.com

Page 3 –  APPELLEE'S OPTIONAL STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
54568-78951 4825-3972-5017.1

Case 16-33185-pcm7    Doc 1070    Filed 01/27/21

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **NOTICE OF FILING OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** with the Clerk of the Court of the United States Court of Appeals Ninth Circuit Bankruptcy Appellate Panel by using the appellate CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

DATED:  January 27, 2021.

/s/ Robyn L. Stein
Robyn L. Stein, OSB #993682
robyn.stein@jordanramis.com